# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS W. CANDLER,<br><br>  Petitioner,<br><br>  v.<br><br>P. HORN,<br><br>  Respondent. | Case No. 1:25-cv-00753-EPG-HC<br><br>ORDER DIRECTING PETITIONER TO FILE ATTACHMENT B |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Rather than setting forth the grounds for relief and the supporting facts, the petition refers to an "attachment B." (ECF No. 1 at 6, 8.) However, Petitioner has failed to file attachment B.

Accordingly, IT IS HEREBY ORDERED that within thirty (30) days of the date of this order, Petitioner SHALL FILE attachment B.

Petitioner is forewarned that failure to follow this order may result in a recommendation for dismissal of the petition pursuant to Federal Rule of Civil Procedure 41(b) (a petitioner's failure to prosecute or to comply with a court order may result in a dismissal of the action).
IT IS SO ORDERED.

Dated: **June 25, 2025**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28